FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2022

No. 04-21-00582-CV

John **DOE**,
Appellant

v.

Juan J. **CRUZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVF-001656-D4
Honorable Susan D. Reed, Judge Presiding

## O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Appellant's Unopposed Motion for Extension of Time to File Appellant's Reply Brief is hereby GRANTED. Appellant's Reply Brief is due on or before June 28, 2022.

It is so **ORDERED** on June 2, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT